IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEEPAK JAIN, MEHUL DESAI, and JAIN-DESAI, LLC, | : : : |
| Plaintiffs, | : : : |
| v. | : C.A. No.: 1:21-cv-00162-LPS : |
| FINABLR VENTURES HOLDINGS, LTD. and UAE EXCHANGE INTERNATIONAL HOLDINGS, LTD., | : **JURY TRIAL DEMANDED** : : : |
| Defendants. | : |

## AFFIDAVIT OF SERVICE

Aaron M. Nelson, Esquire deposes and states:

1. I am a member in good standing of the Bar of the State of Delaware and a partner in Heyman Enerio Gattuso & Hirzel LLP, attorneys for Plaintiffs Deepak Jain, Mehul Desai, and Jain-Desai, LLC ("Plaintiffs") in this action.

2. On February 8, 2021, Plaintiffs filed a Complaint against Defendants Finablr Ventures Holdings, Ltd. and UAE Exchange International Holdings, Ltd. (collectively, "Defendants"), arising out of and relating to *inter alia* a Stockholders Agreement (the "Agreement"), dated November 7, 2018.

3. Under Section 7.12 of the Agreement, Defendants consented to personal jurisdiction in Delaware, and agreed that the Complaint should be filed in the United States District Court for the District of Delaware.

4. Defendants also agreed to service of process by mail, among other means, pursuant to Sections 7.02 and 7.12 of the Agreement. Accordingly, on February 19, 2021, I caused copies of the Complaint and the summonses issued in this action to be delivered to

Defendants by Federal Express (return receipt requested) to their respective mailing addresses as reflected in the books and records of Swych Inc.[1]

5. The Federal Express packages were addressed to Defendants at the following addresses:

Finablr Ventures Holdings, Ltd.
5th Floor, Tamouh Tower (Building No. 12)
Marina Square, Al Reem Island,
P.O. Box 170, Abu Dhabi, UAE

UAE Exchange International Holdings, Ltd.
5th Floor, Tamouh Tower (Building No. 12)
Marina Square, Al Reem Island,
P.O. Box 170, Abu Dhabi, UAE

6. The tracking number for the Federal Express packages were 946765065824, 946765065835.

7. The Federal Express packages were delivered to Defendants on February 23, 2021, and signed for by B. Basheer. Copies of the Federal Express delivery receipts are attached hereto as Exhibit A.

Aaron M. Nelson (# 5941)
HEYMAN ENERIO
GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
*Attorneys for Plaintiffs*

SWORN TO AND SUBSCRIBED before me this 24th day of February, 2021

Notary Public

CHRISTINE M. WARD
Notary Public
State of Delaware
My Commission Expires On
September 06, 2024

---

[1] Plaintiffs' counsel, Eric Pinker of Lynn Pinker Hurst & Schwegmann, LLP, also sent copies of the summonses and Complaint to Defendants by email on February 19, 2021; that email was directed to Michael Rosenthal, Esquire of Polsinelli, Defendants' counsel.

2

CO-COUNSEL:

LYNN PINKER HURST
& SCHWEGMANN, LLP
Eric Pinker
(epinker@lynnllp.com)
Leo Park
(lpark@lynnllp.com)
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214)-981-3800 Telephone
(214)-981-3839 Facsimile

Dated: February 24, 2021